HENRY McCUSKER et al., Respondents, Impleaded with
Another, *v.* JAMAICA BUSES, INC., Appellant.

Argued April 6, 1939; decided April 21, 1939.

*Henry Vollmer, Jr., George C. Wildermuth* and *Robert J. Dixson* for appellant.

*Harold J. Levy* and *Louis Helfenstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.